28483.  SPEED OIL COMPANY *v.* AYCOCK.

BROYLES, C. J.  The evidence, while conflicting in some material respects, authorized the verdict; and the special grounds of the motion for new trial, assigning errors of commission and of omission in the charge of the court, are without substantial merit and under all the facts of the case fail to show cause for a new trial.  The cases cited in the brief of counsel for the plaintiff in error are differentiated by their particular facts from this case.

*Judgment affirmed.  MacIntyre and Gardner, JJ., concur.*
DECIDED DECEMBER 3, 1940.

*Williams & Freeman,* for plaintiff in error.
*Wright & Covington, Tom Willingham,* contra.

28525.  McKINNEY *v.* MECHANICS LOAN & THRIFT CORPORATION.

BROYLES, C. J.  This was an action in trover to recover possession of an automobile to which the plaintiff claimed title.  Upon the hearing of the case the uncontradicted evidence showed that neither the plaintiff nor her deceased husband had title to the automobile, but that the title was in the defendant corporation until it sold the property to a third party. Therefore the court did not err in rendering a judgment for the defendant, nor in overruling the motion for new trial based upon the general grounds only.

*Judgment affirmed.  MacIntyre and Gardner, JJ., concur.*
DECIDED DECEMBER 3, 1940.

*Joseph S. Crespi,* for plaintiff.    *Burress & Dillard,* for defendant.